**Order filed October 25, 2016**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-16-00374-CV

————————

## MISHA FERGUSON ET AL, Appellant

## V.

## QIAO ZHOU ET AL, Appellee

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1073353**

## ORDER

On October 4, 2016, this court issued an order to the Harris County District Clerk to file a supplemental clerk's record by October 14, 2016. The court has not received the supplemental clerk's record.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **November 4, 2016**, containing the **notice of appeal**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file

PER CURIAM